UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

RAJ V SETTY                                                                       CASE NO. 10-10375
                    DEBTOR(S).                                                 CHAPTER 7

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

>   Claim #10 of HSBC Bank Nevada
>   Account number:  4335
>   Claimed amount:  $330.98
>   Pro rata distribution:  $3.85
>
>   Claim #18 of Preferred Anesthesia Consultants
>   Account number:  6164138.002
>   Claimed amount:  $248.60
>   Pro rata distribution:  $2.89

**TOTAL AMOUNT OF ALL CLAIMS: $6.74**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  March 1, 2011  /s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on March 1, 2011:

| | |
|---|---|
| DENNIS G GOLDEN<br>dgolden@goldenlaw.biz | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Preferred Anesthesia Consultants, P.C.<br>c/o Beckman Lawson, LLP<br>912 South Calhoun Street<br>Fort Wayne, IN 46802 |

/s/  Mark A. Warsco
Mark A. Warsco, Trustee